George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, Lynn Jones

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Lynn Jones, | ) Case No.: 3:16-cv-00935-JR |
| Plaintiff, | ) |
| | ) ORDER FOR DISMISSAL |
| Nancy Berryhill, Acting Commissioner, Social Security Administration | ) |
| Defendant. | ) |

After considering the Plaintiff's motion for dismissal, it is hereby ORDERED that dismissal is granted.

IT IS SO ORDERED this 30th day of MARCH, 2017.

*John D. Russo*

UN~~ITED~~ STATES ~~DISTRICT~~ JUDGE
Magistrate

Proposed Order submitted:
Date: March 28, 2017

George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Lynn Jones

Page 1 – ORDER FOR DISMISSAL